**Louis Roy CHAPMAN, Plaintiff-Appellant,**

v.

**BULLOCK, Correctional Officer, Female, Powhatan Correctional Center, sued personally and professionally; D. Newcomer, Captain, Powhatan**

---

Correctional Center, sued personally and professionally; John Bendrick, Sergeant, Investigator, Powhatan Correctional Center, sued personally and professionally; Eru Aldrige, Assistant Warden, Powhatan Correctional Center, sued personally and professionally; Jeffery Dillman, Warden, Powhatan Correctional Center, sued personally and professionally; J. C. White, Sergeant, Powhatan Correctional Center, sued personally and professionally; R. Edwards, Unit Manager, Powhatan Correctional Center, sued personally and professionally; S. Graham, Counselor, Powhatan Correctional Center, sued personally and professionally; L. Simmons, Correctional Officer, Female, Powhatan Correctional Center, sued personally and professionally; D. A. White, Sergeant, Powhatan Correctional Center, sued personally and professionally; R. M. Leabough, Hearings Officer, Powhatan Correctional Center, sued personally and professionally; Russell, Captain, Powhatan Correctional Center, sued personally and professionally; Wilson, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Spence, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Gosselin, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Godzwa, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Brooks, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Branch, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Harris, Correctional Officer, Powhatan Correction-

al Center, sued personally and professionally; Baldwin, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; Roache, Correctional Officer, Powhatan Correctional Center, sued personally and professionally, Defendants-Appellees.

No. 16-6354

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

Louis Roy Chapman, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Roy Chapman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chapman v. Bullock, No. 3:14–cv–00463–JAG–RCY, 2016 WL 543165 (E.D. Va. Feb. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

AFFIRMED